STATE v. MOXLEY

No. 87P86.

Case below: 78 N.C. App. 551.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1986.

STATE v. PARKS

No. 795P85.

Case below: 77 N.C. App. 778.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1986. Motion by the State to dismiss appeal for lack of substantial constitutional question allowed 7 April 1986.

STATE v. SEAGROVES

No. 24P86.

Case below: 78 N.C. App. 49.

Petition by the State for discretionary review under G.S. 7A-31 denied 7 April 1986.

STATE v. SINGLETON

No. 678P85.

Case below: 77 N.C. App. 239.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1986.

STATE v. SWYGERT

No. 128P86.

Case below: 79 N.C. App. 371.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1986.